NUMBER 13-08-00500-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

PLACIDO GUERRA A/K/A CHITO GUERRA, APPELLANT,


v.



THE STATE OF TEXAS, APPELLEE.

_____________________________________________________________


On Appeal from the 138th District Court


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Placido Guerra a/k/a Chito Guerra, attempted to perfect an appeal from
an order entered by the 138th District Court of Cameron, County, Texas, in cause no.
2008-04-2100-B. Upon review of the documents before the Court, it appeared that the
order from which this appeal was taken was not a final appealable order. The Clerk of this
Court notified appellant of this defect so that steps could be taken to correct the defect, if
it could be done. See Tex. R. App. P. 37.1, 42.3. Appellant was advised that, if the defect
was not corrected within ten days from the date of receipt of this notice, the appeal would
be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice. 

 The Court, having considered the documents on file and appellant's failure to correct
the defect in this matter, is of the opinion that the appeal should be dismissed for want of
jurisdiction. See id. Accordingly, the appeal is DISMISSED FOR WANT OF
JURISDICTION. See id. 42.3(b),(c).



 PER CURIAM

Memorandum Opinion delivered 

and filed this the 22nd day of January, 2009.